Opinion issued September 18, 2003 


 





 


 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00921-CV

____________


IN RE TONY BENNETT POLLEY, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator, Tony Bennett Polley, filed a petition for writ of mandamus
complaining that respondent (1) has not ruled on a pro se pretrial motion in cause
number 951481. After relator filed his petition for writ of mandamus, cause number
951481 was dismissed in the trial court, according to Harris County records.

 The petition is therefore denied as moot.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Higley.

1. Respondent is the Honorable Brian Rains, Judge, 176th District Court, Harris
County.